IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.  **06-cv-1076-AP**

**HOMAIDAN AL-TURKI,**

           Plaintiff,

v.

**FEDERAL BUREAU OF INVESTIGATIONS DOCUMENT CUSTODIAN and the
FEDERAL BUREAU OF INVESTIGATIONS,**

           Defendants.

---

### ORDER

---

Kane, J.

      Because this complaint seeks mandamus relief, it is arguably not appropriate for

assignment to the AP docket, but because it has already been reviewed by one district judge

and reassigned, further bouncing about is not warranted.  With the concurrence of Chief

Judge Babcock, I direct that this case be removed from the AP docket and assigned to me as

case number 06-cv-01076-JLK.  No magistrate judge need be assigned.

      Dated this 14th day of June,2006.

                   BY THE COURT:


                   S/**John L. Kane**
                   Senior Judge, United States District Court

Dockets.Justia.com