IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.  **06-cv-1076-JLK**

**HOMAIDAN AL-TURKI,**

        Plaintiff,

v.

**FEDERAL BUREAU OF INVESTIGATIONS DOCUMENT CUSTODIAN and the FEDERAL BUREAU OF INVESTIGATIONS,**

        Defendants.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

Plaintiff's Motion to Voluntarily Withdraw Claim Seeking Relief in the Nature of Mandamus (doc. #7), filed August 28, 2006, is GRANTED. Defendants' Partial Motion to Dismiss (doc. #5), filed August 7, 2006, is DENIED AS MOOT. The case remains assigned to Judge Kane, however, briefing will proceed as with a case assigned to the AP docket. Briefing, therefore, is set as follows: Plaintiff's opening brief is due September 20, 2006; Defendants' response brief is due October 5, 2006; Plaintiff's reply brief is due October 10, 2006.

Dated:  September 5, 2006