IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.  **06-cv-1076-JLK**

**HOMAIDAN AL-TURKI,**

        Plaintiff,

v.

**FEDERAL BUREAU OF INVESTIGATIONS DOCUMENT CUSTODIAN and the FEDERAL BUREAU OF INVESTIGATIONS,**

        Defendants.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

The Joint Motion to Vacate Briefing Schedule (doc. #15), filed October 17, 2006, is GRANTED.  Briefing will be reset at the status and briefing conference set for October 24, 2006.

Dated:  October 17, 2006