IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.   **06-cv-1076-JLK**

**HOMAIDAN AL-TURKI,**

        Plaintiff,

v.

**FEDERAL BUREAU OF INVESTIGATIONS DOCUMENT CUSTODIAN and the FEDERAL BUREAU OF INVESTIGATIONS,**

        Defendants.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

    Defendants' Motion for Leave to File Sur-reply (doc. #40), is GRANTED.  The Sur-reply (doc. #40-2) is accepted as filed.  This case is set for Oral Argument on **May 2, 2007 at 10:00 a.m.** in Courtroom A802, Alfred A. Arraj U.S. Courthouse, 901 19th Street.

Dated:  April 3, 2007