IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.  **06-cv-01076-JLK**

**HOMAIDAN AL-TURKI,**

        Plaintiff,

v.

**FEDERAL BUREAU OF INVESTIGATIONS DOCUMENT CUSTODIAN and the FEDERAL BUREAU OF INVESTIGATIONS,**

        Defendants.

## ORDER GRANTING MOTION FOR RECONSIDERATION

Kane, J.

Defendants' Motion for Reconsideration (Doc. 50), seeking reconsideration of the Minute Order issued in this case on May 2, 2007, is GRANTED. The Minute Order was entered on the basis of the court's finding that certain of Mr. Al Turki's defense counsel in the state criminal proceedings had already received security clearances that would permit their inspection of the requested documents. Upon reconsideration, the court now finds the subpoena issued by the Arapahoe County, State of Colorado, District Court to the Federal Bureau of Investigation is now moot. Mindful of the effect of *Hill v. Dep't of the Air Force*, 844 F.2d 1407 (10th Cir. 1988) that security clearances are temporary and applicable only to a specifically articulated context, there appears to be no other way to rule on the instant matter except for the court to conduct an *in camera* and *ex parte* review of the withheld information to determine whether any of it contains any relevant,

exculpatory or impeachment information.  Accordingly,

      IT IS ORDERED that the Minute Order dated May 2, 2007, is VACATED, and,

      IT IS FURTHER ORDERED that not later than July 20, 2007, unless further time is permitted on a showing of good cause, Defendants shall submit the withheld information under seal for the limited purpose of permitting the court to conduct an *ex parte in camera* review in order to determine whether any of the withheld information in fact contains relevant, exculpatory or impeachment information and to determine what further action is necessary in consequence of that event.

Dated June 29, 2007.                                **s/John L. Kane**
                                                      SENIOR U.S. DISTRICT JUDGE