IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.  **06-cv-01076-JLK**

**HOMAIDAN AL-TURKI,**

    Plaintiff,

v.

**FEDERAL BUREAU OF INVESTIGATIONS DOCUMENT CUSTODIAN and the FEDERAL BUREAU OF INVESTIGATIONS,**

    Defendants.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

  Plaintiff's Unopposed Motion to Submit State Trial Court Record and for it to be Submitted on CD-ROM, (doc. #63), filed August 6, 2007, is GRANTED.

Dated:  August 6, 2007